## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDUARDO MARRERO,
*a/k/a* HECTOR LOPEZ,

                    *Plaintiff,*

        v.

RICHARD ROSS, JR., *et al.*,

                    *Defendants.*

CIVIL ACTION
NO. 18-2884

## ORDER

**AND NOW**, this 15th day of August, 2019, it is **ORDERED** that the case is

**DISMISSED with prejudice**.  The Clerk of Court is directed to mark this case closed.


BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.